# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2648
_____

THOMAS ANTHONY SAITTA,
D.D.S.,

    Appellant,

    v.

PROFESSIONALS RESOURCE
NETWORK, INC., a Florida not for
profit corporation and JAMIE R.
SMOLEN, M.D.,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Gloria Walker, Judge.


December 12, 2023

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Randall M. Shochet of Shochet Law Group, Trenton, for Appellant.

Thomas A. Crabb of Radey Law Firm, Tallahassee, for Appellee Professionals Resource Network, Inc.

Christine R. Davis of Davis Appeals PLLC, Tallahassee, for Appellee Jamie R. Smolen, M.D.